CARL VAN BERGH, Respondent, v. SIMON LEWALD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

JAMES A. COFFEY, Respondent, v. C. S. GARRETT & SON, CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

ABRAHAM STEINBACH and Another, Copartners, etc., Respondents, v. ISRAEL KANOWITZ and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

JAMES CRISCUOLO, Respondent, v. MARIA MARTINUCCI and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

DAVID DRAISIN, an Infant, by JACOB DRAISIN, His Guardian ad Litem, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

HENRIETTA M. MURPHY, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

HERMAN WESTERMAN, Appellant, v. JENNIE WESTERMAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

BELLA TURETZKIN, Respondent, v. STREAT COAL COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

PAULINE STRULSON, Respondent, v. RODGERS & HAGERTY, INC., Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

SARAH E. YEOMAN, Respondent, v. WESTCHESTER COUNTY BREWING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MINNIE L. HARTNECK, Respondent, v. THE FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

ELLA BENINATO, Appellant, v. FABIAN LIGHT, Respondent, Impleaded with Another.— Judgment reversed and a new trial ordered, with costs to appellant to abide event, upon the ground that a *prima facie* case was made by the plaintiff. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

FRANK BENINATO, Appellant, v. FABIAN LIGHT, Respondent, Impleaded with Another.— Judgment reversed and new trial ordered, with costs to